IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                                    CHAPTER 13 NO.:

BENJAMIN HARRISON WILES                                                                  23 – 01483 – JAW

**O R D E R**

THIS CAUSE came before the Court on the Trustee's Motion to Modify [DK #        ]; and the Court Orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Modify is hereby granted.

THAT, the Debtor's plan is modified to remove the US Department of Education/MOHELA and the Trustee is hereby authorized to make no further payments on the US Department of Education/MOHELA claim.

THAT, the funds proposed to said creditor shall be used to pay an increased distribution to timely filed general unsecured creditors with the Trustee to determine the proper percentage of distribution.

THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtedness shall be discharged upon completion of this plan.

That, the Debtor's Wage Deduction Order should remain unaltered and be honored until the Debtor has completed payments per the confirmed plan.

##END OF ORDER##

SUBMITTED BY:

*/s/ Justin B. Jones*
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161  FAX:  601/362-8826
EMAIL: HJB@HBARKLEY13.COM