

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                        CHAPTER 13 NO.:

BENJAMIN HARRISON WILES                       23 – 01483 – JAW

ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Modify [DK #96]; and the Court orders as follows:

THAT, the Trustee's Motion to Modify is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

_____
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM